

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed September 18, 2015

_____
United States Bankruptcy Judge

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BARBARA FLOWERS | § | CASE NUMBER: 14-32720-13 |
| | § | |
| | § | CHAPTER 13 |
| | § | |
| DEBTOR | § | |
| | § | |

### ORDER SUSTAINING OBJECTION TO CLAIM

**ON THIS DATE**, the Court considered the Debtor's Objection to Proof of Claim No. 14 filed by Creditor Select Portfolio Servicing, Inc. on or about October 8, 2014 in the amount of $12,561.20. The Court finds that the objection to claim contains proof to overcome the presumption of validity imposed by Fed. R. Bankr. P. 3001(f) and was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure. The Court further finds that the objection contained proper notice pursuant to the Local Rules of Bankruptcy Procedure, which directed claimant to file a written response or the claim would be deemed unopposed.  Due to the failure of the Claimant to file a timely written response to the objection, the Court deems the

Debtor's claim objection to be unopposed and, therefore, the Court Finds that good cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that Debtor's Objection to the Proof of Claim No. 14 filed by Claimant is **SUSTAINED** and that Claim No. 14 filed by Select Portfolio Servicing, Inc. is hereby disallowed.

### END OF ORDER ###