Office of the Standing Chapter 13 Trustee125 E John Carpenter Freeway
Suite 1100 11th Floor
Irving, TX  75062
(214) 855-9200(214) 965-0758

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

IN RE:  　　　　　　　　　　　　　　　　　　　　　　CASE NO:  14-32720-SGJ-13
BARBARA FLOWERS
　　　　DEBTOR

**MOTION TO AMEND ORDER APPROVING TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS,
OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)**

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

　　Comes now, Standing Chapter 13 Trustee, Movant herein, and files this "Motion To Amend Order Approving Trustee's Recommendation Concerning Claims, Objection To Claims And Plan Modification (If Required)", heretofore entered in the above sytled Chapter 13 case, and for his Motion states as follows:

　　1.  An "Order Approving Trustee's Recommendation Concerning Claims, Objection To Claims and Plan Modification (if required)" was entered in this case on October 06, 2015.

　　2.  The Trustee requests that the Court enter an Order Approving Trustee's Recommendation Concerning Claims, Objection To Claims and Plan Modification (if required) for the following reason(s):  Increase payments to $324.00 starting March 2016 for a new plan base of $16,994.00 to meet Minimum Base.

　　**WHEREFORE PREMISES CONSIDERED**, the Trustee prays for the entry by this Court of an Amended Order Approving Trustee's Recommendation Concerning Claims, Objection To Claims and Plan Modification (if required) and for all other just and proper relief.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　STANDING CHAPTER 13 TRUSTEE

　　　　　　　　　　　　　　　　　　　　　By: /s/ Thomas D. Powers

Thomas D. Powers / State Bar No. 16218700
Office of the Standing Chapter 13 Trustee125 E John
Carpenter Freeway
Suite 1100 11th Floor
Irving, TX  75062
(214) 855-9200(214) 965-0758

**MOTION TO AMEND ORDER APPROVING TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required), Page 2**
Case # 14-32720-SGJ-13
**BARBARA FLOWERS**

---

NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 1100 N COMMERCE ST, DALLAS, TEXAS, 75201 BEFORE THE CLOSE OF BUSINESS ON 01/14/2016, WHICH IS TWENTY FOUR (24) DAYS FROM THE DATE OF SERVICE HEREOF.

ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.

IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.

## Certificate of Service

I hereby certify that a true copy of the foregoing Motion To Amend Order Approving Trustee's Recommendation Concerning Claims, Objection To Claims And Plan Modification (If Required) was served on the following parties at the addresses listed below by United States First Class Mail or via electronic mail:

| | |
|---|---|
| Debtor: | Barbara Flowers, 9307 Sandy Hook Circle, Dallas, Tx 75227 |
| Attorney: | The Laas Law Firm, Jason Laas-Sughrue, 10440 N Central Expy Ste 1510, Dallas, Tx 75231** |
| Notice Creditor(s): | Afni, Attention: Bankruptcy, 1310 Martin Luther King Dr, Bloomington, Il 61701 |
| | American Infosource Lp, Methodist Health System, Po Box 248838, Oklahoma City, Ok 73124** |
| | American Infosource Lp, Po Box 51178, Los Angeles, Ca 90051-5478** |
| | Ascension Capital Group, Ncep Llc Department, Po Box 165028, Irving, Tx 75016** |
| | Cashnetusa, 200 W Jackson Blvd Suite 1400, Chicago, Il 60606 |
| | Citicards Private Label, Citicards-Attn: Bankruptcy Dept, Po Box 6077, Sioux Falls, Sd 57117 |
| | Conn Appliances Inc Dba Conns, Fka Cai Lp Dba Conns, Po Box 2358, Beaumont, Tx 77704 |
| | County Of Dallas, Co Linebarger Goggan Blair Et Al, 2777 N Stemmons Fwy Ste 1000, Dallas, Tx 75207** |
| | Internal Revenue Service, Po Box 7317, Philadelphia, Pa 19101-7317 |
| | Internal Revenue Service, Po Box 7346, Philadelphia, Pa 19101-7346** |
| | Lvnv Funding Llc, North Star Capital Acquisition Llc, Resurgent Capital Services, Po Box 10587, Greenville, Sc 29603 |
| | Midland Funding, 8875 Aero Dr Ste 200, San Diego, Ca 92123 |
| | Ncep Llc, By Ais Data Services Lp As Agent, Po Box 165028, Irving, Tx 75016 |
| | Ncep Llc, By Ais Data Services Lp As Agent, Po Box 4138, Houston, Tx 77210 |
| | Pollock Paper Employee Credit Union, 1140 Empire Central Drive Ste 650, Dalls, Tx 75247 |
| | Quantum3 Group Llc, Comenity Bank, Po Box 788, Kirkland, Wa 98083-0788** |
| | Quantum3 Group Llc, Galaxy Asset Purchasing Llc, Po Box 788, Kirkland, Wa 98083-0788 |
| | Select Portfolio Servicing Inc, 3815 South West Temple, Salt Lake City, Ut 84115-4412 |
| | Select Portfolio Servicing Inc, Po Box 65450, Salt Lake City, Ut 84165 |
| | Texas Star Inc, 401 Crowley Road, Arlington, Tx 76012 |
| | Txu Electric-Txu Energy, Attention: Bankruptcy, Po Box 650393, Dallas, Tx 75265 |
| | Wells Fargo Bank, Po Box 5058, Mac P6053-021, Portland, Or 97208 |
| | Wells Fargo Bank, Po Box 63491, Mac A0143 042, San Francisco, Ca 94163** |

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

**MOTION TO AMEND ORDER APPROVING TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required), Page 3**
**Case # 14-32720-SGJ-13**
**BARBARA FLOWERS**

Dated: 12/21/2015    By: /s/ Thomas D. Powers