

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed February 4, 2016

_____
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:                                              CASE NO:  14-32720-SGJ-13
BARBARA FLOWERS
          DEBTOR

### AMENDED Order on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

At Dallas in said District:

On this day came on for hearing the Trustee's Recommendation Concerning Claims, Objections to Claims and Plan Modification (if required) (hereinafter referred to as "TRCC") dated 2/10/15, and any responses filed thereto.

After considering the pleadings, the evidence and stipulations, if any, and the argument of counsel, the Court finds that the following order should be entered:

AMENDED Order on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required), Page 2
Case # 14-32720-SGJ-13
BARBARA FLOWERS

IT IS THEREFORE ORDERED that all claims listed in Section I of the TRCC (No Proof of Claim Filed) are hereby **DISALLOWED** except for the following, if any, which are **ALLOWED**:

No Changes

**IT IS FURTHER ORDERED** that all claims shown in Section II of the TRCC (Specific Objections) are hereby **ALLOWED** or **DISALLOWED** as shown therein except as follows:

No Changes

**IT IS FURTHER ORDERED** that all claims shown in Section III of the TRCC (Recommendations) are hereby **ALLOWED** as shown therein except as follows:

| CreditorName | CollateralDescription | Claimed Amount | CollateralValue | Int. Rate | Treatment |
|---|---|---|---|---|---|
| SELECT PORTFOLIO SERV | HOMESTEAD/ARREARS | $1,904.10 | $76,180.00 | 0.00 | PRO RATA |

**IT IS FURTHER ORDERED** that the Plan Modification show in Section IV of the TRCC is **APPROVED** except as follows:

Monthly payment changed resulting in a new plan base of $16,994.00.

Payments changed to: Total due under the plan as of 10/2/2015 is $3,120.00;
Payments to resume 11/2/2015:

$195.00 X 2; $262.00 x 2; $324.00 x 40

Approved by:

/s/ Tom Powers
_____

### End of Order ###

Office of the Standing Chapter 13 Trustee
125 E John Carpenter Freeway
Suite 1100 11th Floor
Irving, TX 75062
(214) 855-9200